**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LOUIS EDWARD SPEARMAN, #708729** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **3:12-CV-0161-M (BK)** |
| | § | |
| **RICK THALER, Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Div.,** | § | |
| **Respondent.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE, AND
DENYING CERTIFICATE OF APPEALABILITY**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation

in this case.  Petitioner filed objections on February 2, 2012, and the District Court has made a *de*

*novo* review of those portions of the proposed Findings, Conclusions and Recommendation to

which objection was made.  The objections are overruled, and the Court **ACCEPTS** the

Findings, Conclusions and Recommendation of the United States Magistrate Judge, and

**DENIES** as moot the *Motion for Leave to File Second Writ of Habeas Corpus* (Doc. 3), insofar

as it was meant for filing in this Court.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure

22(b), Rule 11(a) of the Rules Governing Sections 2254 and 2255 Proceedings for the United

States District Court, and 28 U.S.C. § 2253(c), the Court **DENIES** a certificate of appealability.

The Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions

and Recommendation filed in this case in support of its finding that the petitioner has failed to

show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims

debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

SO ORDERED this 8th day of February, 2012.


_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS